# H14-814 MJ

# SEALED

**FILED**

NOV 2 0 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. MO13CR-303** |
| Plaintiff, | **INDICTMENT** |
| | |
| V. | [Vio: 18 U.S.C. § 2422(b) - |
| | Coercion and Enticement |
| | of a Minor to Engage in |
| | Sexual Activity; |
| **KENNETH SIMON BRZOZNOWSKI,** | 18 U.S.C. § 2251 – |
| | Production and Live |
| | Transmission of |
| Defendant. | Child Pornography; |
| | 18 U.S.C. § 2260A – |
| | Penalties for Registered Sex |
| | Offender] |

United States Courts
Southern District of Texas
FILED

AUG 2 0 2014

David J. Bradley, Clerk of Court

## THE GRAND JURY CHARGES:

### COUNT ONE
### [18 U.S.C. § 2422(b)]

That from on or about October 18, 2013, to on or about October 21, 2013, in the Western

District of Texas, the Defendant,

### KENNETH SIMON BRZOZNOWSKI,

did use a facility of interstate and foreign commerce, to wit: a cellular telephone and the internet, to

knowingly persuade, induce, and entice "Jane Doe-1" who had not attained the age of 18 years to

engage in sexual activity for which **KENNETH SIMON BRZOZNOWSKI** could be prosecuted

under Texas Penal Code Section 43.25 - Sexual Performance by a Child, all in violation of Title

18, United States Code, Section 2422(b).

## COUNT TWO
### [18 U.S.C. § 2422(b)]

That from on or about October 12, 2013, to on or about October 25, 2013, in the Western

District of Texas, the Defendant,

### KENNETH SIMON BRZOZNOWSKI,

did use a facility of interstate and foreign commerce, to wit: a cellular telephone and the internet, to

knowingly persuade, induce, and entice "Jane Doe-2" who had not attained the age of 18 years to

engage in sexual activity for which **KENNETH SIMON BRZOZNOWSKI** could be prosecuted

under Texas Penal Code Section 43.24(b)(3) – Display of Material Harmful to a Minor, all in

violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE
### [18 U.S.C. § 2422(b)]

That from on or about October 24, 2013, in the Western District of Texas, the Defendant,

### KENNETH SIMON BRZOZNOWSKI,

did use a facility of interstate and foreign commerce, to wit: a cellular telephone the internet, to

knowingly attempt to persuade, induce, and entice "Jane Doe-3" who had not attained the age of

18 years to engage in sexual activity for which **KENNETH SIMON BRZOZNOWSKI** could be

prosecuted under Texas Penal Code Section 43.24(b)(3) – Display of Material Harmful to a Minor,

all in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR
### [18 U.S.C. § 2422(b)]

That from on or about October 13, 2013, to on or about October 14, 2013, in the Western

District of Texas, the Defendant,

**KENNETH SIMON BRZOZNOWSKI,**

did use a facility of interstate and foreign commerce, to wit: a cellular telephone and the internet, to

knowingly attempt to persuade, induce, and entice "Jane Doe-4" who had not attained the age of

18 years to engage in sexual activity for which **KENNETH SIMON BRZOZNOWSKI** could be

prosecuted under Texas Penal Code Section 43.24(b)(3) – Display of Material Harmful to a Minor,

all in violation of Title 18, United States Code, Section 2422(b).

## COUNT FIVE
[18 U.S.C. § 2251(a)]

That from on or about October 18, 2013, to on or about October 21, 2013, in the Western

District of Texas, the Defendant,

## KENNETH SIMON BRZOZNOWSKI,

did attempt to employ, use, persuade, induce, entice, and coerce "Jane Doe-1" to engage in

sexually explicit conduct for the purpose of producing and transmitting a live visual depiction of

such conduct, using materials that have been mailed, shipped, and transported in and affecting

interstate and foreign commerce by any means, including by computer, in violation of Title 18,

United States Code, § 2251(a).

## COUNT SIX
[18 U.S.C. § 2251(a)]

That from on or about October 12, 2013, to on or about October 25, 2013, in the Western

District of Texas, the Defendant,

## KENNETH SIMON BRZOZNOWSKI,

did attempt to employ, use, persuade, induce, entice, and coerce "Jane Doe-2" to engage in

sexually explicit conduct for the purpose of producing and transmitting a live visual depiction of

such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, § 2251(a).

## COUNT SEVEN
### [18 U.S.C. § 2251(a)]

That from on or about October 24, 2013, in the Western District of Texas, the Defendant,

## KENNETH SIMON BRZOZNOWSKI,

did attempt to employ, use, persuade, induce, entice, and coerce "Jane Doe-3" to engage in sexually explicit conduct for the purpose of producing and transmitting a live visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, § 2251(a).

## COUNT EIGHT
### [18 U.S.C. § 2260A]

On or about October 18, 2013, in the Western District of Texas, the Defendant,

## KENNETH SIMON BRZOZNOWSKI,

an individual required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United states Code, Section 2422. All in violation of Title 18, United States Code, § 2260A.

A TRUE BILL.

Original signed by the
foreperson of the Grand Jury _____
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

AUSTIN M. BERRY
Assistant United States Attorney

Case 7:13-cr-00303-RAJ *SEALED*  Document 3 *SEALED*  ●ed 11/20/13  Page 6 of 6

# SEALED

PERSONAL DATA SHEET (REDACTED)
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS **MO13CR-303**

| | | |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: |
| DATE: November 20, 2013 | MAG CT #: N/A | FBI #: |
| CASE NO: MO-13-CR- | ASSISTANT U.S. ATTORNEY: | |
| DEFENDANT: KENNETH SIMON BRZOZNOWSKI | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP:        INTERPRETER NEEDED    LANGUAGE:

DEFENSE ATTORNEY:  No attorney yet

DEFENDANT IS: Not in custody

| | |
|---|---|
| DATE OF ARREST: | BENCH WARRANT:  XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY:  Indictment

OFFENSE (Code and Description):  Ct. 1-4 - 18 USC 2422(b) – Coercion & enticement of a minor to engage in sexual activity; Ct. 5-7 - 18 USC 2251- Production and Live Transmission of Child Pornography; Ct. 8 - 18 USC 2260A - Penalties for Registered Sex Offender

OFFENSE IS:  FELONY

MAXIMUM SENTENCE:  Ct. 1-4 - A minimum mandatory term of imprisonment of 10 years, not to exceed life; a minimum mandatory term of supervised release of 5 years, not to exceed life; a fine not to exceed $250,000; and a mandatory $100 special assessment; Ct. 5-7 - A minimum mandatory term of imprisonment of 15 years, not to exceed 30 years; a minimum mandatory term of supervised release of 5 years, not to exceed life; a fine not to exceed $250,000; and a mandatory $100 special assessment; Ct. 8 - A mandatory term of imprisonment of 10 years in addition to the imprisonment imposed for the felony offense involving a minor in Count 1, and this punishment shall run consecutive to any sentence imposed for the felony offense in Count 1; a mandatory term of supervised release of 5 years; a fine not to exceed $250,000; and a mandatory $100 special assessment.

PENALTY IS MANDATORY:  As stated above.

REMARKS:  AGENT:
Special Agent Heath Hardwick
432-681-7914

WDT-Cr-3